# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SOUTHEAST INVESTMENTS, INC.                    NO.   2021 CW 1345

VERSUS

PAULA BRAUD GUZZARDO, NICK
J. GUZZARDO AND SUGAR'S AUTO
SALES, INC.                                    **JANUARY 31, 2022**

---

In Re:     James  Kuhn,  applying  for  supervisory  writs,  19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 492328.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                         **WIL**
                         **CHH**

   **Wolfe, J.,** would not consider the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT